## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## ALEXANDRIA DIVISION

RAND S METOYER ET AL              CASE NO.  1:24-CV-01248

-vs-                                            JUDGE DRELL

MERCEDES-BENZ U S A L L C ET AL     MAGISTRATE JUDGE PEREZ-MONTES

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 40), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED, ADJUDGED, AND DECREED that Defendant Ultimate Toys, Inc.'s ("Ultimate Toys") Motion to Dismiss or, in the Alternative, Motion to Transfer Venue (ECF No. 16) is GRANTED as to the alternative request to transfer venue, and Plaintiffs Rand S. Metoyer's and Darlene Metoyer's claims against Ultimate Toys are hereby SEVERED and TRANSFERRED to the United States District Court for the Southern District of Ohio pursuant to 28 U.S.C. § 1404(a).

IT IS FURTHER ORDERED that Ultimate Toys's Motion (ECF No. 16) is DENIED AS MOOT as to the motion to dismiss.

THUS DONE AND SIGNED at Alexandria, Louisiana this ___8th___ day of April 2026.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT